AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.   21-mj-00121-STV |
| DRODERICK RASHAWN LEWIS | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the July 5, 2021, in the State and District of Colorado, DRODERICK RASHAWN LEWIS violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm/Ammunition |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/ Lucas Aragon*
*Complainant's signature*

Detective Lucas Aragon, CSPD
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.

☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: July 8, 2021

*Judge's signature*

City and state:  Denver, CO

Honorable Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*