# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Detective Lucas Aragon, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief:

## INTRODUCTION AND AGENT BACKROUND

1. I am a Detective with the Colorado Springs Police Department (CSPD) and have been so employed since 2017.  I have been a sworn peace officer in the State of Colorado since 2018.  I currently hold a Detective position in our department's Armed Violent Offender Unit ("AVOU") and I am assigned to the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF").

2. The AVOU investigates crimes committed by violent offenders who are illegally in possession of firearms and/or narcotics. The Armed Violent Offender Unit is comprised of nine different investigators (detectives, special agents, and Task Force Officers) including investigators with much more investigative experience than me. During my time as a sworn peace officer, I have conducted numerous documented narcotics-related investigations and therefore I know that individuals who sell and/or use controlled substances have a high propensity of violence and will often carry weapons. I have also interviewed narcotics traffickers and been informed of different drug trafficking methods and techniques. I have recovered many firearms involved in criminal episodes and/or from suspects illegally in possession of them.

3. Your Affiant has interviewed informants, victims, witnesses, and suspects in firearms and narcotics and other similar cases. Your Affiant has prepared and executed previous search and arrest warrants which have culminated in successful prosecutions.  Your Affiant has combined the skills and experience outlined in the preceding statement and used this experience to evaluate evidence and statements, and ultimately, in solving crimes.

## PURPOSE OF AFFIDAVIT

4. This affidavit is submitted to support a criminal complaint and application for arrest warrant for Droderick Rashawn LEWIS.

5. Probable cause exists that on or about July 5, 2021, in the State and District of Colorado, the defendant, Droderick Rashawn LEWIS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1) and that the defendant did possession with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

6. This affidavit is based upon information I gained from my investigation, observations, my training and experience, and witness interviews.

7. Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offense in paragraph five.

## INVESTIGATION

8. On June 12, 2021, CSPD Officers were dispatched to 3843 Village Road South in Colorado Springs to investigate a domestic disturbance. Officers spoke with the reporting party, identified as Joyce CAIN (DOB: 02/21/1987), who reported a disturbance between her and her boyfriend, identified as Droderick Rashawn LEWIS (DOB: 08/19/1979). CAIN advised officers that LEWIS kicked her out of her own residence, 5001 Hackamore Drive South in Colorado Springs. CSPD officers established that both CAIN and LEWIS live in the residence, 5001 Hackamore Drive South.

9. During the course of the initial investigation, CAIN provided information about LEWIS's involvement in unrelated criminal activity, to include being in possession of firearms and distribution of illegal narcotics. CAIN voluntarily went to the CSPD Stetson Hills substation where she provided additional information to CSPD officers.

10. CAIN informed CSPD officers that LEWIS was in possession of multiple firearms and is a convicted felon. CAIN informed CSPD officers that LEWIS received two firearms from his brother, Ricardo LEWIS DOB: (unknown) between September 2020 and January 2021. CAIN went on to describe the first firearm was a shotgun and the second was a Ruger revolver. CAIN advised that the shotgun was currently at her brother's residence and agreed to turn the firearm over to CSPD officers. CAIN described multiple additional firearms LEWIS was believed to be in possession of to include the following:

    - A possible Ruger Revolver, with brown handle and gray body
    - A black semi-automatic Ruger pistol, possibly a .380 caliber
    - a "folding" style Glock pistol
    - a full-sized Glock, possibly a .45 caliber

11. While in contact with officers, CAIN provided a photograph of what appeared to be a black semi-automatic Ruger pistol as mentioned above. CAIN advised officers that it was LEWIS' firearm.

12. CAIN informed officers that as of June 12, 2021, LEWIS was in possession of a 12 gauge shotgun contained in a locked case. CAIN explained that when she realized that LEWIS was taking her property, she took the shotgun to use as a trading tool to make sure she got her own property back from LEWIS. CAIN subsequently brought a dark in color locked case to the CSPD Stetson Hills substation. An officer observed a dark in color shotgun with pistol grips inside the case which was later found to bear serial number SA-27071. A CSPD officer also observed shotgun shells inside the case.

13. CAIN showed a video that she took earlier on June 12, 2021, where she was on the phone with LEWIS.  CAIN stated he (LEWIS) has a very distinct voice and is 100% sure it was LEWIS on the phone.  The voice is clearly upset, asking where his "fucking shotgun" and "my case" are.  A detective reviewed this video and later spoke with LEWIS while he was being arrested.  This detective noted he was certain the voice in the video was LEWIS' voice.

14. CAIN described to officers a black "Gucci" bag belonging to LEWIS.  CAIN advised that this bag is usually in the master bedroom or closet when not on LEWIS' person.  CAIN described the bag as an over the shoulder "satchel" type bag, and inside this bag there is a smaller orange crown royal bag that contains a smaller amount of narcotics that LEWIS uses.  Inside this bag, CAIN believes she has seen a small scale.  CAIN advised that she believes LEWIS deals narcotics, and has heard him call them "cocaine," "coke," and "powder" before.  CAIN also believes LEWIS to deal in "pills."

15. On June 25, 2021 a CSPD officer contacted Specialty Sports and Supply, a Federal Firearms Licensee, regarding this investigation.  Specialty Sports staff advised they possessed transaction history for a Ricardo LEWIS (DOB: 11/07/1975), possibly Droderick LEWIS' brother.  The officer retrieved a copy of these documents from the store.

16. On June 28, 2021, a detective reviewed the scanned copy of the receipt and found four firearm purchases.  Two of the firearms were purchased on April 11, 2020 and the other two were purchased on December 17, 2020.  The first transaction appeared to be for two of the same type of firearm listed as a 38spl Taurus 856.  The second transaction appeared to be for two of the same type of shotgun listed as ATA Arms/Foxtrot Etro 12 gauge shotguns.  One of the shotgun serial numbers is the same serial number found on the above shotgun, SA-27071.

17. On June 28, 2021, a detective applied for and received an arrest warrant for LEWIS.

18. On July 5, 2021, CSPD detectives located LEWIS' vehicle, a silver in color 2006 Cadillac DTS bearing Colorado License Plate BZQZ96, parked at 1338 Holmes Drive in Colorado Springs.  Detectives conducted surveillance on this address and later observed LEWIS exit the residence and enter the driver seat of the vehicle with a female, later identified as Brianna BELLITTO (DOB: 09/03/1996), who entered the passenger seat.  A detective observed LEWIS carrying a black bag across his body like a satchel that looked similar in appearance to a fanny pack.  This is consistent with the bag described by CAIN.

19. Detectives followed LEWIS to the parking lot of Safeway located at 1121 North Circle Drive in Colorado Springs.  Detectives contacted LEWIS and BELLITTO in the vehicle.  LEWIS was arrested with $1,171.00 in U.S. currency in his front left pocket and a white powdery substance with a straw, inside a folded dollar bill, suspected to be cocaine in his front right pocket.  The total approximate weight for the suspected cocaine was 1.67 grams.  The suspected cocaine field tested positive for the presumptive presence of

cocaine. The bag that was carried by LEWIS remained in his vehicle which was towed to the CSPD impound lot pending a search warrant.

20. On July 6, 2021, detectives executed a search warrant on LEWIS' vehicle. Detectives recovered LEWIS' black bag from the rear passenger floor board. Inside of LEWIS' bag were two bags of suspected cocaine, a digital scale, and a spoon inside of an orange Crown Royal bag. I know from my training and experience that narcotics traffickers will use digital scales to weigh and distribute the proper amount of illegal narcotics. One of the bags weighed approximately 4.08 grams and the other weighed approximately 41.91 grams. Both bags field tested positive for the presumptive presence of cocaine. Also inside of the same black satchel was a black Ruger model EC9s, 9mm pistol bearing serial number 454-21321. Lastly, LEWIS' wallet was recovered from inside the bag with his Colorado Identification card inside.

## LEWIS IS A CONVICTED FELON

21. On July 6, 2021, ATF Special Agent (SA) R. Gillispie conducted a criminal history search of LEWIS and discovered the following information about his previous felony convictions in the State of Colorado:

22. On or about November 29, 1999, LEWIS pled guilty to "Controlled Substance-Possess Sched 2-Att," a class five felony in case number 1999CR2838. LEWIS was subsequently sentenced to three years in the Colorado Department of Corrections.

23. On or about February 28, 2000, LEWIS pled guilty to "Controlled Substance-Distribute Sched 2 -Att," a class four felony in case number 2000CR88. LEWIS was subsequently sentenced to four years in the Colorado Department of Corrections.

24. On or about October 29, 2009, LEWIS was convicted of "Felony Menacing-Real/Simulated Weapon," a class five felony in case number 2008CR329. LEWIS was subsequently sentenced to five years in the Colorado Department of Corrections.

25. On or about July 11, 2013, LEWIS pled guilty to, "Weapon-Possess/Previous Offender-any Prior Felon", a class six felony in case number 2013CR94. LEWIS was subsequently sentenced to three years in the Colorado Department of Corrections.

26. Based on these prior convictions, you affiant has reason to believe that LEWIS knew he had prior felony convictions of more than one year and was prohibited from possessing a firearm.

## INTERSTATE NEXUS EXAMINATION

27. Your affiant spoke with SA Gillispie who knows the previously mentioned Ruger, model EC9s, 9mm pistol bearing the serial number 454-21321 was not manufactured in the State of Colorado and therefore must have traveled in or affected interstate or foreign commerce prior to being recovered in this investigation.

## FIREARM FUNCTIONALITY

28. On July 6, 2021, SA Gillispie conducted a function check of the Ruger, model EC9s, 9mm pistol bearing the serial number 454-21321 and determined the firearm functioned as it was designed.

## CONCLUSION

29. Based on the aforementioned information, probable cause exists that on or about July 5, 2021, in the State and District of Colorado, the defendant, Droderick Rashawn LEWIS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce in violation of Title 18, United States Code, Section 922(g) and that the defendant did possession with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(2), (b)(1)(C).

30. As such, your Affiant respectfully requests that the Court issue a criminal complaint and a corresponding arrest warrant for and against Droderick Rashawn LEWIS.

I, Detective Lucas Aragon, being duly sworn, hereby depose and state that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

/s/ Lucas Aragon_____
Lucas Aragon
Colorado Springs Police Department

Sworn to and subscribed before me this  8th  day of July 2021.

_____
HONORABLE SCOTT T. VARHOLAK
United States Magistrate Judge
District of Colorado

**Affidavit reviewed and submitted by Kelly Churnet, Assistant United States Attorney.**