DEFENDANT: DRODERICK RASHAWN LEWIS

YOB: 1979

OFFENSE: Prohibited Person in Possession of a Firearm, 18 U.S.C. § 922(g)(1)
Possession with Intent to Distribute, Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

LOCATION OF OFFENSE: El Paso County, Colorado

PENALTY: NMT 10 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 Special Assessment.

NMT 20 years imprisonment, $1,000,000 fine, or both; NLT 3 years supervised release; $100 special assessment fee.

AGENT: Detective Lucas Aragon, Colorado Springs Police Department

AUTHORIZED BY: Kelly Churnet, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less          over five days          other

THE GOVERNMENT

  X   Will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(C).

       Will not seek detention.

The statutory presumption of detention is applicable to this defendant.