IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-mj-00121-STV

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**DRODERICK RASHAWN LEWIS**,

       **Defendant.**

---

**UNOPPOSED MOTION TO CONTINUE
DETENTION HEARING**

---

      Mr. Droderick Rashawn Lewis (hereinafter Mr. Lewis), by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, respectfully moves this Court for an Order to continue the Detention Hearing currently set for July 14, 2021 at 10:00 a.m. In support of this Motion, Mr. Lewis states as follows:

      1.     The Detention Hearing is currently set for July 14, 2021 at 10:00 a.m.

      2.     Over the past two days undersigned counsel has been in communication with staff at the facility where Mr. Lewis is being held, the Douglas County Jail, to coordinate communication with Mr. Lewis, but as of the time of filing, undersigned counsel has not been able to speak with him. Because consultation with Mr. Lewis is necessary for the effective representation of Mr. Lewis at the Detention Hearing, additional time is required.

      3.     Additionally, undersigned counsel is scheduled to be the duty attorney for the Office of the Federal Public Defender on July 14, 2021.

4.	Undersigned counsel requests that the Detention Hearing be continued until Monday, July 19, 2021 at 2:00 p.m., or if the Court cannot accommodate that time, at 10:00 a.m. on July 19, 2021.

5.	Undersigned counsel contacted the Assistant United States Attorney handling the present matter and she does not object to this motion.

WHEREFORE, Defendant respectfully requests that the Detention Hearing currently set for Wednesday, July 14, 2021 at 10:00 a.m. be continued to Monday, July 19, 2021 at 2:00 p.m. or in the alternative, at 10:00 a.m. on July 19, 2021.

>	Respectfully submitted,
>
>	VIRGINIA L. GRADY
>	Federal Public Defender
>
>	s/ *Timothy P. O'Hara*
>	TIMOTHY P. O'HARA
>	Assistant Federal Public Defender
>	633 Seventeenth Street, Suite 1000
>	Denver, Colorado  80202
>	Telephone:  (303) 294-7002
>	FAX:  (303) 294-1192
>	Timothy_OHara@fd.org
>	Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE DETENTION HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

 Kelly Churnet
 Assistant U.S. Attorney
 Email: Kelly.Churnet@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Mr. Droderick Rashawn Lewis (U.S. Mail)

         s/ *Timothy P. O'Hara*
         TIMOTHY P. O'HARA
         Assistant Federal Public Defender
         633 Seventeenth Street, Suite 1000
         Denver, Colorado  80202
         Telephone:  (303) 294-7002
         FAX:  (303) 294-1192
         Timothy_OHara@fd.org
         Attorney for Defendant