AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для District of Colorado

FILED
U.S. DISTRICT COURT
DENVER, COLORADO

2021 JUL 14 AM 8:43

JEFFREY P. COLWELL
CLERK

BY_____ DEP CLK

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. ~~21-cv-00121-STV~~ |
| DRODERICK RASHAWN LEWIS | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay <u>DRODERICK RASHAWN LEWIS</u>, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).
Possession with Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C)

Date: July 8, 2021

*Issuing officer's signature*

City and state:   Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/9/21, and the person was arrested on *(date)* _____
at *(city and state)* Colorado Springs, CO.

Date: 7/5/21

*Arresting officer's signature*

Robert Gillispie  Special Agent
*Printed name and title*