| | |
|---|---|
| DEFENDANT: | DRODERICK RASHAWN LEWIS |
| AGE or YOB: | 1979 |
| COMPLAINT FILED? | ___X___ Yes    _____ No<br>If Yes, MAGISTRATE CASE NUMBER: 1:21-mj-00121-STV |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __X_ Yes   _ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1: Possession of a Firearm/Ammunition by a Prohibited Person - 18 U.S.C. § 922(g)(1)<br>Count 2: Possession with Intent to Distribute Cocaine - 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>Count 3: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i) |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | Count 1: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment.<br>Count 2: NMT 20 years imprisonment, $1,000,000 fine, or both; NLT 3 years supervised release; $100 special assessment fee<br>Count 3: NLT 5 years' imprisonment, NMT life, consecutive to any other sentence; $250,000 fine or both; NMT 5 years supervised release; $100 special assessment |
| AGENT: | Robert Gillespie<br>SA, ATF |
| AUTHORIZED BY: | Kelly R. Churnet<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X_ five days or less; ___ over five days

THE GOVERNMENT

 X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(C)

The statutory presumption of detention is applicable to this defendant.