IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00238-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**DRODERICK RASHAWN LEWIS,**

        **Defendant.**

## NOTICE OF DISPOSITION

      Defendant, Droderick Rashawn Lewis, by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government. The parties are requesting permission to contact the Court to schedule a Change of Plea Hearing.

                              Respectfully submitted,

                              VIRGINIA L. GRADY
                              Federal Public Defender

                              s/ *Timothy P. O'Hara*
                              TIMOTHY P. O'HARA
                              Assistant Federal Public Defender
                              633 Seventeenth Street, Suite 1000
                              Denver, Colorado  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Email:  timothy_ohara@fd.org
                              Attorney for Droderick Rashawn Lewis

CERTIFICATE OF SERVICE

   I hereby certify that on November 29, 2021, I electronically filed the foregoing ***Notice of Disposition*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

  Kelly R. Churnet, Assistant United States Attorney
  E-mail:  Kelly.Churnet@usdoj.gov

. . . and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Droderick Rashawn Lewis (via U.S. mail)

            s/ *Timothy P. O'Hara*
            TIMOTHY P. O'HARA
            Assistant Federal Public Defender
            633 Seventeenth Street, Suite 1000
            Denver, Colorado  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Email:  timothy_ohara@fd.org
            Attorney for Defendant