**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 21-cr-00238-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DRODERICK RASHAWN LEWIS,

    Defendant.

___

**ORDER SETTING CHANGE OF PLEA HEARING**
___

    Pursuant to the Notice of Disposition filed on November 29, 2021 (ECF No. 24).  A Change of Plea Hearing is set for **January 19, 2022** at **9:00 a.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 72 hours before the change of plea hearing**.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **January 7, 2022**, and the four-day jury trial scheduled for **January 18, 2022** are VACATED.

DATED this 7th day of December, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge