# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: n/a | Date: January 19, 2022<br>Interpreter: n/a |

**CASE NO.   21-cr099238-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>1. DRODERICK RASHAWN LEWIS,<br><br>         Defendant. | Kelly Churnet<br><br><br><br><br><br>Timothy O'Hara |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**       9:03 a.m.

Appearances of counsel.   Defendant is present and in custody.

Defendant is sworn and answers true name.   Defendant is 42 years old.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the Indictment.

Defendant pleads GUILTY to Count 3 of the Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

The Court states findings and conclusions, accepts the plea of guilty, and defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:** The Probation Office **shall** conduct an independent factual investigation in this case.

**ORDERED:** Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:** Sentencing is set for **April 22, 2022, at 11:00 a.m.**

**ORDERED:** Any information, release, data, or material provided to the Probation Office by the defendant shall be used by the Probation Office only for the preparation of the report and for no other purposes without further order or authorization from the Court.

**ORDERED:** Defendant is remanded to the custody of the U.S. Marshal Service.

**COURT IN RECESS:**   9:33 a.m.
**Total in court time:**   00:30
**Hearing concluded**