# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00238-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    **CLIFFORD LEWIS,**

      Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 16th day of February, 2022.

                              COLE FINEGAN
                              United States Attorney

By:    *s/Albert Buchman*
        ALBERT BUCHMAN
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Al.buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                  By: *s/ Stephanie Price*
                                                        Legal Assistant
                                                        United States Attorney's Office