IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:  21-cr-00238-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  DRODERICK RASHAWN LEWIS,

        Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 17th day of February 2022.

                      COLE FINEGAN
                      United States Attorney

BY:    *s/ Albert C. Buchman*
           Assistant United States Attorney
           U.S. Attorney's Office
           1801 California Street, Suite 1600
           Denver, Colorado 80202
           Phone: (303) 454-0100
           Fax: (303) 454-0401
           Email: abuchman@usa.doj.gov
           Attorney for Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 17th day of February 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                s/ Ian McCandless
                Legal Assistant
                U.S. Attorney's Office