IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-cr-00238-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DRODERICK RASHAWN LEWIS,

    Defendant.

## UNITED STATES' MOTION TO DISMISS COUNTS 1 AND 2 OF THE INDICTMENT

The United States of America, by and through Kelly R. Churnet, Assistant United States Attorney, hereby moves this Court to enter an order dismissing Counts 1 and 2 of the Indictment [ECF No. 11], filed on July 15, 2021.  On January 19, 2022, the defendant entered his plea of guilty to Count 3 of the Indictment.  ECF No. 27.  The United States agreed as part of the plea agreement to dismiss Counts 1 and 2 of the Indictment.  *See* ECF No. 28.  Therefore, the United States hereby requests this Court dismiss Counts 1 and 2 of the Indictment upon acceptance of defendant's plea of guilty in this matter.

Dated: April 11, 2022

COLE FINEGAN
United States Attorney

*s/ Kelly R. Churnet*
Kelly R. Churnet
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0406
E-mail:  Kelly.Churnet@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              By: s/ *Ian McCandless*
                                                     Legal Assistant