**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00238-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DRODERICK RASHAWN LEWIS,

        Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

        I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 15th day of April, 2022.

                                COLE FINEGAN
                                United States Attorney

        By:    s/ *Kurt J. Bohn*
                      Kurt J. Bohn
                      Assistant United States Attorney
                      United States Attorney's Office
                      1801 California Street, Ste. 1600
                      Denver, CO 80202
                      Telephone: (303) 454-0100
                      Email: kurt.bohn@usdoj.gov
                      *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

s/ *Jason Haddock*
FSA Paralegal
U.S. Attorney's Office