IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00238-RM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

DRODERICK RASHAWN LEWIS,

  Defendant.
_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

  COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and hereby gives notice to the Court that it will not seek a criminal order of forfeiture for the Ruger EC9 S 9mm caliber pistol bearing serial no. 45421321, and the recovered ammunition, listed in the Preliminary Order of Forfeiture.  (Doc. 40).

  The Ruger EC9 S 9mm caliber pistol bearing serial no. 45421321, and the recovered ammunition will remain in the possession of the Colorado Springs Police Department.

  ///

1

DATED this 14th day of June 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Email: kurt.bohn@usdoj.gov
*Attorney for the United States*