June 28, 2022

Clerk of the Courts

I need a copy of reciept of payment for assessment regarding Case No. 21-cr-00238-RM. Please and thank you.

Sincerely,
Broderick Lewis



Frederick Lewis
54380-509   CSW Yuma
FCI Phoenix
37910 N. 45th Ave
Phoenix, AZ
85086

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 08 2022

JEFFREY P. COLWELL
CLERK

80294-250151

PHOENIX AZ 852

5 JUL 2022   PM 5 L

US District Court Clerk
901 19th St
Denver CO 80294